## Alcazar Amusement Company, Plaintiff in Error, v. Paul Pereira, Defendant in Error.

### Gen. No. 20,188.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN K. PRIN-DIVILLE, Judge, presiding. Heard in this court at the March term, 1915. Reversed and remanded. Opinion filed October 5, 1915.

### Statement of the Case.

Action by the Alcazar Amusement Company, a corporation, plaintiff, against Paul Pereira, defendant, to recover on a written contract which did not, in the body of the instrument, name the defendant as a party, though he signed it. The defendant entered an appearance, and his motion to dismiss for want of jurisdiction was allowed.

To reverse a judgment for defendant for costs, plaintiff prosecutes this writ of error.

GEORGE C. OTTO and FRANK P. LEFFINGWELL, for plaintiff in error.

ADOLPH MARKS, for defendant in error.

MR. JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

1. CONTRACTS, § 53*—*when invalid.* A written contract signed by one who is not named in the body of the instrument as one of the contracting parties is invalid.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

2. CONTRACTS, § 351*—*when action may be maintained on invalid writing.* An action on an invalid written contract may be maintained if there is in the statement of claim an allegation of a verbal contract sufficient to support the action.

3. APPEARANCE, § 12*—*when confers jurisdiction.* In an action where defendant has entered an appearance, *held* error to allow a motion to dismiss on the ground of want of jurisdiction, for the reason that in such case the court has jurisdiction to try all issues.